**Order entered July 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00115-CV

**SHIHAB DIAIS AND ODESSA DENTAL SOLUTIONS, P.A., Appellants**

**V.**

**LAND ROVER DALLAS, L.P. AND SNELL MOTOR COMPANY OPERATIONS GP, LLC, GENERAL PARTNER, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01137**

## ORDER

We **GRANT** appellants' July 1, 2015 unopposed motion to extend time for filing reply brief and **ORDER** the brief be filed no later than July 30, 2015.


/s/     CRAIG STODDART
        JUSTICE